IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JAHBAR-I JONES, | * |
| Plaintiff, | * |
| v. | Case No. 7:21-CV-96(WLS) |
| | * |
| UNNAMED DEFENDANTS, et al., | * |
| Defendants. | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated August 27, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 27th day of August, 2021.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk